

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00333-CV

_____

IN RE S.A., Relator

Original Proceeding
393rd District Court of Denton County, Texas
Trial Court No. 20-8064-393

Before Womack, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency stay are denied.

Per Curiam

Delivered: May 22, 2026